UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 25, 2024

Ms. Iris Eytan
Eytan Law
2701 Lawrence Street, Suite 108
Denver, CO 80205

Mr. David N. Fisher
Ms. Jane Fisher-Byrialsen
Fisher & Byrialsen
4600 South Syracuse Street, 9th floor
Denver, CO 80237

Ms. Hollis Whitson
Samler and Whitson
1600 Stout Street, Suite 1400
Denver, CO 80439

**RE:** 24-1424, Morphew v. Chafee County, Colorado, et al
Dist/Ag docket: 1:23-CV-01108-DDD-JPO

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure

statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Rachel Lisotta Bradley
      Jonathan Neal Eddy
      Jennifer H. Hunt
      Courtney Beth Kramer
      Robert Ian Lapidow
      Andrew R. McLetchie
      J. Andrew Nathan
      Scott Neckers
      William Thomas O'Connell III
      Nicholas C Poppe
      Eden R. Rolland
      Leslie L. Schluter
      Reginald M. Skinner
      Kathleen Spalding
      Sarah Anne Thomas
      Dmitry B. Villner
      Eric Michael Ziporin

CMW/lg