# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Barry Morphew,
Plaintiff-Appellant,

v.

Chaffee County, Colorado, et al.,
Defendants-Appellees

Case No. 24-1424

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Linda Stanley

[Party or Parties][1]

Appellee _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Leslie L Schluter
Name of Counsel

s/Leslie L Schluter
Signature of Counsel

**Dagner | Schluter | Werber LLC, 8400 E Prentice Ave, #1401 Greenwood Village CO 80111     Phone: 303.221.4661**
Mailing Address and Telephone Number

lschluter@lawincolorado.com
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

10/30/2024
Date

s/Leslie L. Schluter
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✓   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On   10/30/2024   I sent a copy of this Entry of Appearance
          [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


10/30/2024
_____
Date

s/Leslie L. Schluter
_____
Signature