UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

BARRY MORPHEW

v.                                                                    Case No. 24-1424

CHAFEE COUNTY, COLORADO, et al.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

__JOSEPH CAHILL_____
[Party or Parties][1]

_____

Appellee/Respondent _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Scott A. Neckers_____          Robert I. Lapidow_____
Name of Counsel                                                       Name of Counsel

*s/Scott A. Neckers*_____     *s/Robert I. Lapidow*_____
Signature of Counsel                                                  Signature of Counsel

625 E. 16th Ave, Ste. 100, Denver, CO 80203__   625 E. 16th Ave, Ste. 100, Denver, CO 80203__
Mailing Address and Telephone Number                    Mailing Address and Telephone Number

san@omhlaw.com_____         rl@omhlaw.com_____
E-Mail Address                                                        E-Mail Address

Sarah A. Thomas_____        _____
Name of Counsel                                                       Name of Counsel

*s/Sarah A. Thomas*_____   _____

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

| | |
|---|---|
| Signature of Counsel | Signature of Counsel |
| 625 E. 16th Ave, Ste. 100, Denver, CO 80203__ | _____ |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| sat@omhlaw.com_____ | _____ |
| E-Mail Address | E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

October 31 , 2024
Date

*s/Scott A. Neckers*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance Form to:
                              [date]

_____

at_____,

the last known address/email address, by _____.
                                                    [state method of service]

October  31, 2024_____
Date

*s/Scott A. Neckers*_____
Signature