UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

BARRY MORPHEW,
Plaintiff-Appellant,

v.

CHAFFEE COUNTY, COLORADO, et al.,
Defendants-Appellees

Case No. 24-1424

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Alex Walker and Jeffrey Lindsey
_____
[Party or Parties][1]

_____

Appellees
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

William T. O'Connell, III
_____    _____
Name of Counsel                                                          Name of Counsel

/s/ William T. O'Connell, III
_____    _____
Signature of Counsel                                                     Signature of Counsel

Wells, Anderson & Race, LLC 1700 Broadway, Ste. #900, Denver, CO 80290 (303) 830-1212
_____    _____
Mailing Address and Telephone Number                    Mailing Address and Telephone Number

woconnell@warllc.com
_____    _____
E-Mail Address                                                            E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

11/1/2024
Date

/s/ William T. O'Connell, III
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____11/1/2024_____ I sent a copy of this Entry of Appearance
             [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]


_____11/1/2024_____
Date

/s/ William T. O'Connell, III
_____
Signature