# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

BARRY MORPHEW,

    Appellant/Petitioner

v.

CHAFFEE COUNTY, COLORADO, et al.,

    Appellees/Respondents

Case No. 24-1424

**INSTRUCTIONS: WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for: Deputy District Attorney Mark Hurlbert (Appellee/Respondent), in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows: **(Check one.)**

☒    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐   There are no such parties, or any such parties have already been disclosed to the court.

### **CERTIFICATE OF INTERESTED PARTIES**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

1. Colorado Intergovernmental Risk Sharing Agency (CIRSA)

Respectfully submitted this 6th day of November, 2024,

/s/ Eric M. Ziporin
***Eric M. Ziporin***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Phone: 303-320-0509
Email: eziporin@sgrllc.com

/s/ Jonathan N. Eddy
***Jonathan N. Eddy***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Phone: 303-320-0509
Email: jeddy@sgrllc.com
*Attorneys for Appellee Mark Hurlbert*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this **ENTRY OF APPEARANCE** and **CERTIFICATE OF INTERESTED PARTIES** was filed with the Court and served on the following on this 6th day of November, 2024, via The Tenth Circuit Court of Appeals E-Filing System (*See* Fed.R.App.P. 25(b)).

Jane Fisher-Byrialsen
David Fisher
Fisher & Byrialsen, PLLC
jane@fblaw.org
david@fblaw.org
*Counsel for Appellant/Petitioner*

Hollis Whitson
Samler and Whitson, PC
hollis@samlerandwhitson.com
*Counsel for Appellant/Petitioner*

Iris Eytan
Eytan Law
iris@eytanlawfirm.com
*Counsel for Appellant/Petitioner*

J. Andrew Nathan
Nicholas Christaan Poppe
Nathan Dumm & Mayer, PC
anathan@ndm-law.com
npoppe@ndm-law.com
*Counsel for Appellees/Respondents Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Chaffee County Sheriff's Department, John Spezze, Robin Burgess, Randy Carricato, William Plackner, and Andrew Rohrich*

William T. O'Connell, III
Wells Anderson & Race, LLC
woconnell@warllc.com
*Counsel for Appellants/Petitioners Alex Walker and Jeffrey Lindsey*

Dmitry B. Vilner
Jennifer H. Hunt
Kathleen L. Spalding
Colorado Attorney General's Office
dmitry.vilner@coag.gov
jennifer.hunt@coag.gov
kit.spalding@coag.gov
*Counsel for Appellees/Respondents John Camper, Megan Duge, Caitlin Rogers, Derek Graham, Kevin Koback, Kirby Lewis and Chris Schaefer*

Andrew R. McLetchie
Rachel L. Bradley
Eden R. Rollan
a_mcletchie@fsf-law.com
r_bradley@fsf-law.com
e_rollan@fsf-law.com
*Counsel for Appellees/Respondents Scott Himschoot and Claudette Hysjulien*

Scott A. Neckers
Robert I. Lapidow
Sarah A. Thomas
Overturf McGath & Hull, PC
san@omhlaw.com
rl@omhlaw.com
sat@ohmlaw.com
*Counsel for Appellees/Respondents Joseph Cahill*

Leslie L. Schluter
Sophia A.N. Fernald
Dagner, Schluter, Werber LLC
lschluter@lawincolordo.com
sfernald@lawincolorado.com
*Counsel for Appellees/Respondents Linda Stanley*

Reginald M. Skinner
United States Department of Justice, Civil Division, Torts Branch
reginald.m.skinner@usdoj.gov
*Counsel for Appellees/Respondents Jonathan Grusing and Kenneth Harris*

/s/ Jessica Starks
Jessica Starks, Legal Secretary