UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Barry Morphew<br><br>v.<br><br>Chaffee County, Colorado, et al | Case No. 24-1424 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, and Chaffee County Undersheriff Andrew Rohrich, Appellees, in the above-captioned case.

| | |
|---|---|
| Nicholas C. Poppe, Reg. No. 47507<br>NATHAN DUMM & MAYER P.C.<br>7900 East Union Ave., Suite 600<br>Denver, CO 80237<br>(303) 951-6604<br>NPoppe@ndm-law.com | J. Andrew Nathan, Reg No. 3295<br>NATHAN DUMM & MAYER P.C.<br>7900 East Union Ave., Suite 600<br>Denver, CO 80237<br>(303) 951-6604<br>Anathan@ndm-law.com |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

X The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

 CIRSA

  11/6/24  
Date

*s/Nicholas Poppe*  
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

    **X**    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

_11/6/24_____
Date

*s/ Nicholas Poppe*_____
Signature