# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Barry Morphew

v.

Chaffee County, Colorado, et al.

Case No. 24-1424

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Scott Himschoot
[Party or Parties][1]

Appellee, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Andrew R. McLetchie | Rachel L. Bradley |
| Name of Counsel | Name of Counsel |
| | |
| /s/ *Andrew R. McLetchie* | /s/ *Rachel L. Bradley* |
| Signature of Counsel | Signature of Counsel |
| | |
| 350 Indiana, Ste. 601, Golden CO 80401, 303-298-8603 | 350 Indiana, Ste. 601, Golden CO 80401, 303-298-8603 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
| a_mcletchie@fsf-law.com | r_bradley@fsf-law.com |
| E-Mail Address | E-Mail Address |

Eden R. Rolland
Name of Counsel

/s/ *Eden R. Rolland*
Signature of Counsel

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

<u>350 Indiana, Ste. 601, Golden CO 80401, 303-298-8603</u>
Mailing Address and Telephone Number

<u>e_rolland@fsf-law.com</u>
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[X] The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

**Interested Parties**

The Colorado Counties Casualty and Property Pool (CAPP)
*Managed by* County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203
(303) 861-0507
ctsi@ctsi.org

[ ] There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

  11/07/2024
Date

  /s/ *Eden R. Rolland*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

[X] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ] On _____ I sent a copy of this Entry of Appearance Form to:
    [date]

_____

at_____,

the last known address/email address, by _____.
                                         [state method of service]


 11/07/2024
Date

 /s/ *Eden R. Rolland*
Signature