# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

BARRY MORPHEW,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 24-1424

CHAFFEE COUNTY, COLORADO ET. AL.

---

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

---

     In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Barry Morphew, Appellant/Petitioner in the above captioned case.

*/s/ Iris Eytan*
Iris Eytan, Esq.
Eytan Law
Attorney for Barry Morphew
2701 Lawrence St. Ste. 108
Denver, CO 80205
Phone: 720-440-8155
iris@eytanlawfirm.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

There are no such parties/attorneys, or such parties/attorneys have already been disclosed to the court.

Date: November 8, 2024                    /s/ Iris Eytan
                                                                         Iris Eytan, Esq.
                                                                         Eytan Law
                                                                         Attorney for Barry Morphew

## CERTIFICATE OF SERVICE

I hereby certify that all other parties to this litigation are either (1) represented by attorneys; or (2) have consented to electronic service in this case. I certify that I have filed the Entry of Appearance, via CM/ECF which will send an electronic notification of service to all counsel of record.

Date:  November 8, 2024                             */s/ Iris Eytan*