**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

BARRY MORPHEW,

v.　　　　　　　　　　　　　　　　　　　　Case No. 24-1424

CHAFFEE COUNTY, COLORADO ET. AL.

---

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

---

　　　In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Barry Morphew, Appellant/Petitioner in the above captioned case.

*/s/ Hollis A. Whitson*
Hollis A. Whitson, Esq.
Samler & Whitson, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
Phone: 303-670-0575
Email: Hollis@SamlerandWhitson.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

There are no such parties/attorneys, or such parties/attorneys have already been disclosed to the court.

Date: November 8, 2024                    */s/ Hollis Whitson*
                                                                                       Hollis Whitson, Esq.
                                                                                       Samler and Whitson, P.C.
                                                                                       Attorney for Barry Morphew

## CERTIFICATE OF SERVICE

I hereby certify that all other parties to this litigation are either (1) represented by attorneys; or (2) have consented to electronic service in this case. I certify that I have filed the Entry of Appearance, via CM/ECF which will send an electronic notification of service to all counsel of record.

Date: __November 8, 2024__          */s/ Hollis Whitson*