**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

BARRY MORPHEW,

v.                                                                 Case No. 24-1424

CHAFFEE COUNTY, COLORADO ET. AL.

---

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

---

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Barry Morphew, Appellant/Petitioner in the above captioned case.

*/s/ Jane Byrialsen*
Jane Byrialsen, Esq.
Fisher & Byrialsen, PLLC
Attorney for Barry Morphew

4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
Phone: 303-256-6345
Jane@FBLaw.org

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

There are no such parties/attorneys, or such parties/attorneys have already been disclosed to the court.

Date: November 8, 2024                    */s/ Jane Byrialsen*
                                          Jane Byrialsen, Esq.
                                          Fisher & Byrialsen, PLLC
                                          Attorney for Barry Morphew

## CERTIFICATE OF SERVICE

I hereby certify that all other parties to this litigation are either (1) represented by attorneys; or (2) have consented to electronic service in this case. I certify that I have filed the Entry of Appearance, via CM/ECF which will send an electronic notification of service to all counsel of record.

Date:  November 8, 2024              /s/ Abigail Clement
                                     Paralegal to Jane Fisher-Byrialsen