**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

BARRY MORPHEW,

v.                                                                                    Case No. 24-1424

CHAFFEE COUNTY, COLORADO ET. AL.

---

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

---

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Barry Morphew, Appellant/Petitioner in the above captioned case.

*/s/ David Fisher*
David Fisher, Esq.
Fisher & Byrialsen, PLLC
Attorney for Barry Morphew

4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
Phone: 720-376-8070
David@FBLaw.org

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

There are no such parties/attorneys, or such parties/attorneys have already been disclosed to the court.

Date: November 8, 2024                         */s/ David Fisher*
                                               David Fisher, Esq.
                                               Fisher & Byrialsen, PLLC
                                               Attorney for Barry Morphew

## CERTIFICATE OF SERVICE

I hereby certify that all other parties to this litigation are either (1) represented by attorneys; or (2) have consented to electronic service in this case. I certify that I have filed the Entry of Appearance, via CM/ECF which will send an electronic notification of service to all counsel of record.

Date: _November 8, 2024_                       */s/ Abigail Clement*
                                                                                                 Paralegal to David Fisher