UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 12, 2024

Iris Eytan
Eytan Law
2701 Lawrence Street, Suite 108
Denver, CO 80205

**RE:    24-1424, Morphew v. Chafee County, Colorado, et al**
       Dist/Ag docket: 1:23-CV-01108-DDD-JPO

Dear Counsel:

Our records indicate that you are not currently a member of the Tenth Circuit Bar. In that regard, please note 10th Circuit Rule 46.2, which states:

All attorneys, not previously admitted to the bar of this court, immediately upon filing a case or entering an appearance in a case in this Court, shall obtain from the clerk the necessary forms for admission upon written motion and shall promptly execute and return them. No attorney who has appeared in a case in this Court may withdraw without consent of the court.

You may access the Application for Admission form from our website at https://www.ca10.uscourts.gov/attorney-admissions-and-certificates-good-standing. Applications should be submitted through the court's electronic filing system. Instructions for doing so can be found at the link above. The fee for processing an application for admission is $225.00. That fee is waived if you represent the United States or any federal agency, or have been appointed by the court to represent a party on appeal. *See* 10th Cir. R. 46.2(B).

You must complete and submit your application within 30 days of the date of this letter, as the failure to become admitted to the bar of the Tenth Circuit may result in your being stricken from this case.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/akh