UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

November 13, 2024

Reginald M. Skinner
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Civil Division
Washington, DC 20044-0000

**RE:**    **24-1424, Morphew v. Chafee County, Colorado, et al**
Dist/Ag docket: 1:23-CV-01108-DDD-JPO

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if this appellee intends to participate in this appeal. If this party does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible. Please note that filing a "notice of non-participation" does not absolve appellee of filing a R 26.1 Disclosure Statement if previously directed to do so.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Rachel Lisotta Bradley
Jonathan Neal Eddy
Jennifer H. Hunt

Courtney Beth Kramer
Robert Ian Lapidow
Andrew R. McLetchie
J. Andrew Nathan
Scott Neckers
William Thomas O'Connell III
Nicholas C Poppe
Eden R. Rolland
Leslie L. Schluter
Iris Eytan
Kathleen Spalding
Sarah Anne Thomas
Dmitry B. Vilner
Eric Michael Ziporin
David N. Fisher
Jane Fisher-Byrialsen
Hollis Whitson

CMW/jjh