CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

November 15, 2024

Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen PLLC
4600 South Syracuse Street, 9th floor
Denver, CO  80237

Iris Eytan, Esq.
Eytan Law LLC
2701 Lawrence Street, Suite 108
Denver, CO  80205

Hollis Whitson, Esq.
Samler and Whitson, P.C.
1600 Stout Street, Suite 1400
Denver, CO  80439

Kathleen Spalding, Esq.
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO  80203

Jennifer H. Hunt, Esq.
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

Leslie L. Schluter, Esq.
Dagner Schluter Werber LLC
8400 East Prentice Avenue
Greenwood Village, CO  80111

Scott Neckers, Esq.
Overturf McGath & Hull
625 East 16th Avenue, Suite 100
Denver, CO  80203

William T. O'Connell, III, Esq.
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO  80290

Eric M. Ziporin, Esq.
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210

Nicholas C. Poppe, Esq.
Nathan Dumm & Mayer P.C.
7900 East Union Avenue, Suite 600
Denver, CO  80237

Andrew R. McLetchie, Esq.
Fowler Schimberg Flanagan & McLetchie
350 Indiana Street, Suite 850
Golden, CO  80401

Reginald M. Skinner, Esq.
United States Department of Justice
P.O. Box 7146
Washington, DC  20044

RE:  No. 24-1424 – Barry Morphew v. Chafee County, Colorado, et al.

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

The ZoomGov mediation conference set for <u>December 2, 2024</u> has been rescheduled to **<u>Monday, December 9, 2024</u> at <u>10:00 a.m.</u> MOUNTAIN TIME**.  This office will forward an invitation to the ZoomGov meeting. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

*Denise McClure*

Denise McClure
Conference Administrator