FILED  
United States Court of Appeals  
Tenth Circuit

December 5, 2024

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| BARRY MORPHEW,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CHAFEE COUNTY, COLORADO, et al.,<br><br>    Defendants – Appellees,<br><br>and<br><br>CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant, et al.,<br><br>    Defendants. | No. 24-1424<br>(D.C. No. 1:23-CV-01108-DDD-JPO)<br>(D. Colo.) |

_____

**ORDER**

_____

This matter is before the court on Appellant Barry Morphew's *Motion to Stay Appeal Pending District Court's Ruling on a Motion for Indicative Ruling*.

The court notes that on December 5, 2024, the district court granted Mr. Morphew's motion to withdraw the district court motion for indicative ruling and motion to file amended complaint. [Dist. Ct. Doc. 170]. Mr. Morphew's basis for withdrawing those motions in the district court was the need to finalize conferral with opposing counsel before refiling those motions.

Because there is no motion for indicative ruling currently pending in the district court, Mr. Morphew's *Motion to Stay Appeal District Court's Ruling on a Motion for*

*Indicative Ruling* is denied without prejudice to refiling in this court should Mr. Morphew re-file his motion for indicative ruling in the district court.

The court also notes that Mr. Morphew's motion in this court does not comply with this court's conferral requirement that the motion "must contain a statement of the opposing party's position on the relief requested or why the moving party was unable to learn the opposing party's position. Parties should make reasonable efforts to contact opposing parties well in advance of filing a motion." 10th Cir. R. 27.1. Therefore, any renewed motion in this court must comply with 10th Cir. R. 27.1.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk