FILED
United States Court of Appeals
Tenth Circuit

December 10, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

―――――――――――――――――――

| | |
|---|---|
| BARRY MORPHEW,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>CHAFEE COUNTY, COLORADO, et al.,<br><br>  Defendants - Appellees.<br><br>CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant, et al.,<br><br>  Defendants. | No. 24-1424<br>(D.C. No. 1:23-CV-01108-DDD-JPO)<br>(D. Colo.) |

―――――――――――――――――――

**ORDER**

―――――――――――――――――――

This matter is before the court on Appellant Barry Morphew's *Motion to Stay Appeal Pending District Court's Ruling on a Motion for Indicative Ruling*.

On or before **December 17, 2024**, Appellees may file any response to Appellant's motion to abate this appeal.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk