IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| BARRY MORPHEW,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CHAFEE COUNTY, COLORADO, et al.,<br><br>    Defendants-Appellees. | No. 24-1424<br>(D.C. No. 1:23-CV-01108-DDD-JPO)<br>(D. Colo.) |

### DEFENDANTS-APPELLEES' JOINT RESPONSE TO MOTION TO STAY APPEAL PENDING DISTRICT COURT'S RULING ON A MOTION FOR INDICATIVE RULING

Defendants-Appellees ("Defendants") object to the requested stay because Plaintiff-Appellant Morphew cannot establish any basis to justify delaying resolution of this appeal.

Morphew's Motion for an Indicative Ruling on a potential motion for leave to amend the complaint under Fed.R.Civ.P. 62.1 is not well taken. Judgment entered in this case on September 24, 2024, following the District Court's grant of Defendants' motions to dismiss. It is well

1

established that "[o]nce judgment is entered, the filing of an amended complaint is not permissible until judgment is set aside or vacated pursuant to Fed. R. Civ. P. 59(e) or 60(b)." *Roose v. Patrick*, 98 Fed. Appx. 719, 723 (10th Cir. 2004) (citing *Seymour v. Thornton*, 79 F.3d 980, 987 (10th Cir.1996)).

Morphew did not file either a motion to alter or amend the judgment under Fed.R.Civ.P. 59(e) or a motion for relief from the judgment under Fed.R.Civ.P. 60(b) before filing this appeal. The filing of either motion would have tolled his deadline to file a notice of appeal during the pendency of the motion. *See* Fed.R.App.P. 4(a)(4). Instead, Morphew chose to file this appeal, divesting the District Court of jurisdiction. Having chosen to file an appeal rather than seek relief from the judgment in the District Court, he cannot now change course midstream. Indeed, he has offered no explanation why he should be permitted to delay the appeal that he himself filed, effectively delaying the final resolution of the claims he asserted against the Defendants.

Because Morphew can articulate no compelling reason to delay resolution of this appeal, Defendants oppose the requested stay.

DATED: December 17, 2024.

> PHILIP J. WEISER
> Attorney General
>
> s/ *Jennifer H. Hunt*
> JENNIFER H. HUNT, Reg. No. 29964
> Senior Assistant Attorney General
> DMITRY VILNER, Reg. No. 43704
> Assistant Attorney General
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 10th Floor
> Denver, Colorado 80203
> Tel: 720-508-6000
> Email: Jennifer.hunt@@coag.gov
> Email: Dmitry.Vilner@coag.gov
>
> *Attorneys for Defendants-Appellees John Camper, Megan Duge, Chris Schaefer, Caitlin Rogers, Kevin Koback, Kirby Lewis, and Derek Graham*
>
> s/*Nicholas C. Poppe*
> NICHOLAS C. POPPE, Reg No. 47507
> J. ANDREW NATHAN, Reg No. 3295
> NATHAN DUMM & MAYER P. C.
> 7900 E. Union Avenue, Suite 600
> Denver, CO 80237-2776
> Tel: (303) 691-3737
> Email: NPoppe@ndm-law.com
> Email: Anathan@ndm-law.com

*Attorneys for Defendants-Appellees Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, and Chaffee County Undersheriff Andrew Rohrich*


s/*Leslie L. Schluter*
LESLIE L. SCHLUTER, Reg No. 12594
DAGNER | SCHLUTER | WERBER LLC
8400 East Prentice, Suite 1401
Greenwood Village, CO 80111
Tel: (303) 221-4661
E-mail: lschluter@lawincolorado.com

*Attorneys For Defendant-Appellee Eleventh Judicial District Attorney, Linda Stanley*


s/*William T. O'Connell III*
WILLIAM T. O'CONNELL III, Reg No. 34127
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
Tel: 303-830-1212
Email: woconnell@warllc.com

*Attorney for Defendants-Appellees Alex Walker and Jeffrey Lindsey*

*s/Jonathan N. Eddy*
JONATHAN N. EDDY, Reg No. 50086
COURTNEY B. KRAMER, Reg No. 40097
ERIC M. ZIPORIN, Reg No. 30133
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Tel: (303) 320-0509
Email: jeddy@sgrllc.com
Email: ckramer@sgrllc.com
Email: eziporin@sgrllc.com

*Attorneys for Defendant-Appellee Mark Hurlbert*

*s/Rachel L. Bradley*
RACHEL L. BRADLEY, Reg No. 53063
ANDREW R. MCLETCHIE, Reg No. 34035
EDEN R. ROLLAND, Reg No. 48877
FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.
350 Indiana Street, Suite 601
Golden, CO 80401
Tel: 303-298-8603
Email: r_bradley@fsf-law.com
Email: a_mcletchie@fsf-law.com

*Attorneys for Defendant-Appellee Scott Himschoot*

*s/ Scott A. Neckers*
SCOTT A. NECKERS, Reg No. 43956
ROBERT I. LAPIDOW, Reg No. 36443
SARAH A. THOMAS, Reg No. 57978
Overturf McGath & Hull, P.C.
625 East Sixteenth Avenue, Suite 100
Denver, Colorado 80203
Tel: (303)860-2848
Email: san@omhlaw.com
Email: rl@omhlaw.com
Email: sat@omhlaw.com

*Attorneys for Defendant-Appellee Joseph Cahill*