FILED
United States Court of Appeals
Tenth Circuit

December 20, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

BARRY MORPHEW,

    Plaintiff - Appellant,

v.

CHAFEE COUNTY, COLORADO, et al.,

    Defendants - Appellees.

CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant, et al.,

    Defendants.

No. 24-1424
(D.C. No. 1:23-CV-01108-DDD-JPO)
(D. Colo.)

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on Appellant Barry Morphew's *Motion to Stay Appeal Pending District Court's Ruling on a Motion for Indicative Ruling* ("motion to abate appeal"), Appellees' joint response objecting to the motion to abate appeal, and Appellant's reply.

Upon review of the parties' filings, we conclude that abatement of this appeal is not warranted. Accordingly, we DENY Appellant Morphew's motion to abate appeal.

By December 30, 2024, Appellant Morphew shall make satisfactory financial arrangements with the court reporter for the transcript ordered on November 8, 2024, *see*

10th Cir. R. 10.2(B)(3) (completion of transcript order), or this appeal may proceed to briefing without the ordered transcript.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
