FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 2, 2025**

Christopher M. Wolpert  
Clerk of Court

_____

BARRY MORPHEW,

    Plaintiff - Appellant,

v.

CHAFEE COUNTY, COLORADO, et al.,

    Defendants - Appellees.

CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant, et al.,

    Defendants.

No. 24-1424  
(D.C. No. 1:23-CV-01108-DDD-JPO)  
(D. Colo.)

_____

**ORDER**
_____

Pursuant to the court's December 20, 2024 order, briefing will now commence in this appeal. Appellant Barry Morphew's opening brief and appendix shall be filed within 40 days from the date of this order.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk