# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

BARRY MORPHEW,

v.  Case No. 24-1424

CHAFFEE COUNTY, COLORADO ET. AL.
_____

**Unopposed Motion for Extension of Time in which to File Opening Brief**
_____

Mr. Morphew, through counsel, respectfully requests that this Court extend the time for filing the Opening Brief, presently due February 11, 2025, for thirty (30) days, to and including March 13, 2025.

This appeal concerns the District Court's dismissal of Mr. Morphew's 28 U.S.C. §1983 civil rights complaint in which he seeks redress for violation of his civil rights. Mr. Morphew voluntarily dismissed several defendants in the District Court. The District Court granted the motions to dismiss filed by the remaining defendants, and Mr. Morphew has appealed.

Mr. Morphew understands that such motions are disfavored. However, exceptional circumstances are present.

Rule 27.1 factors:

1. The Opening Brief is currently due on or before February 11, 2025.

2. Opposing counsel do not oppose this motion to extend the deadline to file the Opening Brief.

3. No prior motion for extension was filed.

4. It will not be possible to file the brief on time, even with due diligence and giving priority to preparing the brief, for the following reasons:

a. There are two counsel on this appeal: lead counsel Jane Fisher-Byrialsen and undersigned counsel Hollis Whitson.

b. Both Ms. Fisher-Byrialsen and undersigned counsel are in a federal multiple-homicide trial in the Eastern District of California. While Ms. Whitson is able to work from Colorado, the trial still consumes most of her time during seven days a week. Lead counsel Ms. Fisher-Byrialsen is also lead counsel on the homicide trial and has only one co-counsel with her at trial. That case is exceptionally demanding because there are seven homicides and many other charges being litigated. That trial began on January 14, 2025 and is expected to last until mid-March. As a result, Ms. Fisher-Byrialsen is able to assist on the opening brief in only a consultative role, and undersigned counsel can consult with her only on weekends.

c. Ms. Whitson has been unable to commence work on the Opening Brief because of a three-week homicide trial in Colorado state court. That trial commenced

on January 6, 2025 and just ended January 24, 2025. Post-trial motions are due next week and undersigned counsel is solely responsible for their preparation.

d.      In addition, Ms. Whitson's eldest brother passed away unexpectedly on January 1, 2025. On top of the pressing demands of the homicide trial, undersigned counsel has been experiencing grief at the sudden loss of this remarkable man, a guiding light in her life. Counsel cannot take extended time off from work, yet must acknowledge that some days it is difficult to fully attend to the task at hand.

e.      Ms. Whitson is able to give priority to the Opening Brief in this case over all other work as is Ms. Fisher-Byrialsen after her federal trial concludes. However, she cannot complete the brief even giving it that priority, because of the complexity and numerosity of the issues.

WHEREFORE, Appellant, Barry Morphew, through his counsel hereby requests the Court grant an extension of time by which to submit his Opening Brief up to and including March 13, 2025.

RESPECTFULLY SUBMITTED this 4th day of February, 2025.

FISHER & BYRIALSEN, P.L.L.C.

*/s/Jane Fisher-Byrialsen*
Jane Fisher-Byrialsen, Esq.
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: 303-256-6345
E-Mail: Jane@FBLaw.org

SAMLER AND WHITSON, PC

*/s/ Hollis Whitson*
Hollis Whitson
Eric Samler
Samler and Whitson, PC
1600 Stout Street, Suite 140
Denver, CO 80202
Telephone: (303) 670-0575
E-Mail: Hollis@SamlerandWhitson.com

*Attorneys for Plaintiff-Appellant Barry Morphew*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed on this 4th day of February, 2025, using the CM/ECF system and served on all counsel of record. Additionally, email service was provided to all counsel of record.

/s/*Abby Clement*
Paralegal