UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert Jane K. Castro
Clerk of Court Chief Deputy Clerk

March 14, 2025

David N. Fisher
Jane Fisher-Byrialsen
Fisher & Byrialsen
4600 South Syracuse Street, 9th floor
Denver, CO 80237

Hollis Whitson
Samler and Whitson
1600 Stout Street, Suite 1400
Denver, CO 80439

**RE:** 24-1424, Morphew v. Chafee County, Colorado, et al
Dist/Ag docket: 1:23-CV-01108-DDD-JPO

Dear Counsel:

Appellant's brief is deficient because:

The table of authorities must not use the "passim" notation but instead must list every page on which an authority is cited. *See* 10th. Cir. R. 28.3(C).

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- Each volume of the appendix must have a proper cover page. *See* 10th Cir. R. 30.1(D)(1).

You must file a corrected brief and electronic appendix within three days of the date of this notice. Do not file paper copies of your brief and appendix unless/until the court orders you to do so.

The corrected brief and appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a response brief will run from the date of service of appellant's corrected brief and appendix.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief and appendix will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Rachel Lisotta Bradley
Jonathan Neal Eddy
Jennifer H. Hunt
Robert Ian Lapidow
Andrew R. McLetchie
J. Andrew Nathan
Scott Neckers
William Thomas O'Connell III
Nicholas C Poppe
Eden R. Rolland
Leslie L. Schluter
Reginald M. Skinner
Kathleen Spalding
Dmitry B. Vilner
Eric Michael Ziporin

CMW/sds