UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 14, 2025

David N. Fisher
Jane Fisher-Byrialsen
Fisher & Byrialsen
4600 South Syracuse Street, 9th floor
Denver, CO 80237

Hollis Whitson
Samler and Whitson
1600 Stout Street, Suite 1400
Denver, CO 80439

**RE:**   **24-1424, Morphew v. Chafee County, Colorado, et al**
Dist/Ag docket: 1:23-CV-01108-DDD-JPO

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- Each volume of the appendix must contain a table of contents. *See* 10th Cir. R. 30.1(D)(2).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix {and brief} unless/until the court orders you to do so.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The corrected appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a response brief will run from the date of service of appellant's corrected appendix.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief appendix will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Rachel Lisotta Bradley
Jonathan Neal Eddy
Jennifer H. Hunt
Robert Ian Lapidow
Andrew R. McLetchie
J. Andrew Nathan
Scott Neckers
William Thomas O'Connell III
Nicholas C Poppe
Eden R. Rolland
Leslie L. Schluter
Reginald M. Skinner
Kathleen Spalding
Dmitry B. Vilner
Eric Michael Ziporin

CMW/sds