# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| BARRY MORPHEW, <br><br> Appellant/Petitioner <br><br> v. <br><br> CHAFFEE COUNTY, COLORADO, et al., <br><br> Appellees/Respondents | Case No. 24-1424 |

On Appeal from the United States District Court for the District of Colorado
The Honorable Daniel D. Domenico
District Court No. Civil Action No. 23-cv-1108-DDD-JPO

### APPELLEES' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT ANSWER BRIEF

Defendants/Appellees, through their respective undersigned counsel, and pursuant to 10th Cir. R. 27.6 and 31.3(C), hereby submit this Joint Unopposed Motion for Extension of Time to Submit Joint Answer Brief, and state as follows:

1. The parties have conferred and Plaintiff/Appellant is unopposed to this request.

2. After receiving various extensions of time, Appellant's Opening Brief

was accepted on March 17, 2025. Appellees' Answer Brief(s) are currently due on April 16, 2025.

3. In keeping with this Court's preferred approach, Appellees intend to file a single Joint Answer Brief. This approach has and will continue to require considerable conferral among defense counsel to divide tasks and avoid duplicating efforts.

4. Undersigned counsel are diligently working on the Joint Answer Brief. However, given converging deadlines in other matters and the added logistical considerations of a joint filing among seven law firms, Appellees will need an additional 45 days to fully respond to Plaintiff's expansive arguments and to adequately address the complex legal issues impacting their clients.

5. Therefore, Appellees respectfully request a 45-day extension of time, through May 30, 2025, to file their Joint Answer Brief.

6. There have been no prior extensions of this deadline and this request is not made for the purpose of undue delay.

7. Neither the parties nor the Court will be prejudiced by this extension, as Appellees' submission of a single unified brief will ultimately conserve resources and help streamline the appeal.

**WHEREFORE**, Appellees respectfully request that the Court grant this Motion for Extension of Time, allowing them up to and including May 30, 2025, to submit their Joint Answer Brief.

Respectfully submitted this 25th day of March,

| **Thompson Coe, LLP** | **SGR, LLC** |
|---|---|
| /s/William T. O'Connell, III<br>***William T. O'Connell, III***<br>Thompson Coe, LLP<br>1700 Broadway Suite 900<br>Denver, CO 80290<br>(303) 830-1212<br>*Counsel for Defendants/Appellees Alex Walker and Jeffrey Lindsey* | /s/ Eric M Ziporin<br>***Eric M. Ziporin***<br>Jonathan N. Eddy<br>SGR, LLC<br>3900 East Mexico Avenue, Suite 700<br>Denver, CO 80210<br>(303) 320-0509<br>*Counsel for Defendant/Appellee Hurlbert* |
| **Colorado Attorney General's Office** | **Nathan Dumm & Mayer, PC** |
| /s/ Dmitry B. Vilner<br>***Dmitry B. Vilner***<br>Jennifer H. Hunt<br>Kathleen L. Spalding<br>Colorado Attorney General's Office<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway St.<br>Denver, Colorado 80203<br>*Counsel for Defendants/Appellees Camper, Duge, Rogers, Graham, Koback, Lewis and Schaefer* | /s/ J. Andrew Nathan<br>***J. Andrew Nathan***<br>Nicholas Christian Poppe<br>Nathan Dumm & Mayer, PC<br>7900 E Union Ave., Suite 600<br>Denver, CO 80237<br>(303) 691-3737<br>*Counsel for Defendants/Appellees Chaffee County, CO, BOCC of Chaffee County, Chaffee County Sheriff's Department, Spezze, Burgess, Carricato, Plackner, and Rohrich* |

| | |
|---|---|
| **Fowler, Schimberg, Flanagan & McLetchie, PC** | **Overturf McGath & Hull, PC** |

/s/ Andrew R. McLetchie
*Andrew R. McLetchie*
Rachel L. Bradley
Eden R. Rolland
Fowler, Schimberg, Flanagan & McLetchie, PC
350 Indiana St. Suite 601
Golden, CO 80401
(303) 298-8603
*Counsel for Defendant/Appellee Scott Himschoot*

**Dagner | Schluter | Werber LLC**

/s/Leslie L. Schluter
*Leslie L. Schluter*
Dagner | Schluter | Werber LLC
8400 East Prentice Avenue, Suite 1401
Greenwood Village, CO 80111
(303) 221-4661
*Counsel for Defendant/Appellee Linda Stanley*

/s/ Scott A. Neckers
*Scott A. Neckers*
Robert I. Lapidow
Sarah A. Thomas
Overturf McGath & Hull, PC
625 E 16th Ave., Suite100
Denver, CO 80203
(303) 860-2848
*Counsel for Defendants/Appellees Joseph Cahill*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of March, 2025, a true and correct copy of the above and foregoing **APPELLEES' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT ANSWER BRIEF** was electronically filed with the United States Court of Appeals For the Tenth Circuit and served on the following via the CM/ECF system:

Jane Fisher-Byrialsen
David Fisher
Fisher & Byrialsen, PLLC
jane@fblaw.org
david@fblaw.org
*Counsel for Appellant/Petitioner*

Hollis Whitson
Samler and Whitson, PC
hollis@samlerandwhitson.com
*Counsel for Appellant/Petitioner*

J. Andrew Nathan
Nicholas Christian Poppe
Nathan Dumm & Mayer, PC
anathan@ndm-law.com
npoppe@ndm-law.com
*Counsel for Appellees/Respondents Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Chaffee County Sheriff's Department, John Spezze, Robin Burgess, Randy Carricato, William Plackner, and Andrew Rohrich*

William T. O'Connell, III
Thompson Coe, LLP
woconnell@thompsoncoe.com

*Counsel for Appellants/Petitioners Alex Walker and Jeffrey Lindsey*
Dmitry B. Vilner
Jennifer H. Hunt
Kathleen L. Spalding
Colorado Attorney General's Office

dmitry.vilner@coag.gov
jennifer.hunt@coag.gov
kit.spalding@coag.gov
*Counsel for Appellees/Respondents John Camper, Megan Duge, Caitlin Rogers, Derek Graham, Kevin Koback, Kirby Lewis and Chris Schaefer*

Andrew R. McLetchie
Rachel L. Bradley
Eden R. Rolland
a_mcletchie@fsf-law.com
r_bradley@fsf-law.com
e_rolland@fsf-law.com
*Counsel for Appellee/Respondent Scott Himschoot*

Scott A. Neckers
Robert I. Lapidow
Sarah A. Thomas
Overturf McGath & Hull, PC
san@omhlaw.com
rl@omhlaw.com
sat@ohmlaw.com
*Counsel for Appellee/Respondent Joseph Cahill*

Leslie L. Schluter
Dagner | Schluter | Werber LLC
lschluter@lawincolordo.com
*Counsel for Appellee/Respondent Linda Stanley*

                                       */s/ Mariel Juniper*
                                       Legal Secretary