# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

BARRY MORPHEW,

v.                                                Case No. 24-1424

CHAFFEE COUNTY, COLORADO ET. AL.
_____

**UNOPPOSED Motion to Vacate and Waive Oral Argument**
_____

      Mr. Morphew, through counsel, withdraws his request for oral argument and respectfully requests that this Court vacate the oral argument and decide the case on the submitted briefs. AS GROUNDS, Mr. Morphew states:

      1.      Counsel have consulted with opposing counsel and determined this motion is UNOPPOSED.

      2.      Oral argument was requested pursuant to Court rule at the time of filing of the Opening Brief, before all other briefs were filed.

      3.      No Appellee requested oral argument at that time.

      4.      Upon review of the briefs, Mr. Morphew believes the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. Fed. R. App. Proc. 34 (a)(2)(C).

5.  The People of the State of Colorado have recently refiled criminal charges against Mr. Morphew in state court, charging him with first-degree murder of his wife. This is the same charge that was brought in the affidavit and prosecution that is the subject of the present appeal in this court. Because of ethical responsibilities in the current context and circumstances, Mr. Morphew's counsel believe it would be imprudent for them to make any statements.

WHEREFORE, Mr. Morphew withdraws his request for oral argument and waives the same, and requests that this Court enter an order vacating the oral argument presently scheduled for September 11, 2025.

RESPECTFULLY SUBMITTED this 22nd day of July, 2025.

| FISHER & BYRIALSEN, PLLC | SAMLER AND WHITSON, PC |
|---|---|
| */s/Jane Fisher-Byrialsen* | */s/ Hollis Whitson* |
| Jane Fisher-Byrialsen, Esq. | Hollis Whitson |
| Fisher & Byrialsen PLLC | Samler & Whitson, PC |
| 4600 S. Syracuse Street, 9th Floor | 1600 Stout Street, Suite 140 |
| Denver, Colorado 80237 | Denver, CO 80202 |
| Telephone: 303-256-6345 | Telephone: (303) 670-0575 |
| E-Mail: Jane@FBLaw.org | E-Mail: Hollis@SamlerandWhitson.com |
| *Attorney for Plaintiff-Appellant* | *Attorney for Plaintiff-Appellant* |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed on this 22nd day of July, 2025, using the CM/ECF system and served on all counsel of record.

*/s/Abby Clement*
Paralegal