FILED
United States Court of Appeals
Tenth Circuit

July 28, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| BARRY MORPHEW,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CHAFEE COUNTY, COLORADO, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant, et al.,<br><br>    Defendants. | No. 24-1424<br>(D.C. No. 1:23-CV-01108-DDD-JPO)<br>(D. Colo.) |

_____

**ORDER**

_____

This matter is before the court at the direction of the panel of judges assigned to hear argument in this appeal to direct supplemental briefing. The civil rights suit underlying this appeal relates to criminal charges against Appellant that were previously dismissed without prejudice. In his *Unopposed Motion to Vacate and Waive Oral Argument*, Appellant states that the State of Colorado has recently refiled criminal charges against him. In light of the refiling of criminal charges, the parties are directed to file supplemental briefs addressing the following questions:

1. Does the refiling of criminal charges impact the issues raised in this appeal such that the appeal should be abated until the criminal case is resolved?

2. If this court decides to proceed with argument in this appeal, what special measures relating to the conduct of oral argument, if any, should the court adopt?

The parties' simultaneous supplemental briefs shall be filed within 7 days of the date of this order. The briefs may be no longer than 7 pages in a 13- or 14-point font, and while they need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
    Chief Deputy Clerk