FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 8, 2025

Christopher M. Wolpert  
Clerk of Court

---

BARRY MORPHEW,

    Plaintiff - Appellant,

v.

CHAFEE COUNTY, COLORADO, et al.,

    Defendants - Appellees,

and

CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant, et al.,

    Defendants.

No. 24-1424  
(D.C. No. 1:23-CV-01108-DDD-JPO)  
(D. Colo.)

---

**ORDER**

---

This matter is before the court at the direction of the panel of judges assigned to hear argument in this appeal. Upon careful consideration of the briefs and the record filed in this appeal, including the parties' supplemental briefing filed in response to this court's July 28, 2025 order, the three judges to whom this case is assigned are unanimously of the opinion that oral argument is not needed. Therefore, the court orders this matter submitted for disposition on the briefs pursuant to Fed. R. App. P. 34(a)(2) and 10th Cir. R. 34.1(G).

All counsel scheduled to appear are excused from attendance at oral argument on September 11, 2025 in Denver, Colorado.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk